Alex FRIEDMAN, d/b/a Creative Moulded Products Co., Plaintiff-Appellant,

v.

UNITED STATES TRUNK COMPANY, Inc., Defendant-Appellee.

No. 81, Docket 30573.

United States Court of Appeals Second Circuit.

Argued Oct. 19, 1966.

Decided Nov. 7, 1966.

Martin I. Shelton, Milton S. Gould, Max Edelman, Shea, Gallop, Climenko & Gould and Kroll, Edelman & Lanzone, New York City, for plaintiff-appellant.

Gustave H. Newman, Alvin L. Spitzer, Evseroff, Newman & Sonenshine, Brooklyn, N. Y., for defendant-appellee.

Before WATERMAN, HAYS and ANDERSON, Circuit Judges.

PER CURIAM.

Judgment affirmed on the findings of fact and conclusions of law filed by the court below, D.C., 204 F.Supp. 366.

Villa Mae SIMMONS, Appellant,

v.

MAISON BLANCHE COMPANY, Appellee.

No. 22928.

United States Court of Appeals Fifth Circuit.

Nov. 2, 1966.

Donald V. Organ, New Orleans, La., for appellant.

Pat W. Browne, Jr., of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, La., for appellee.

Before JONES and COLEMAN, Circuit Judges, and CHRISTENBERRY, District Judge.

PER CURIAM.

The appellant complains of charges given and of other charges refused at the trial in the district court. She asserts that the district court committed error in not excusing a juror for cause. We have reviewed the record and are unable to find reversible error. Therefore, the judgment of the district court is

Affirmed.

UNITED STATES of America ex rel. William M. HEACOCK, Appellant,

v.

David N. MYERS, Superintendent, State Correctional Institution, Graterford, Pennsylvania, and the Entire Pennsylvania Board of Parole.

No. 15885.

United States Court of Appeals Third Circuit.

Submitted on Briefs Oct. 21, 1966.

Decided Nov. 2, 1966.

Michael J. Rotko, Alan J. Davis, Asst. Dist. Attys., Arlen Specter, Dist. Atty., Philadelphia, Pa., for appellees.

Before MARIS, McLAUGHLIN and KALODNER, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

The order of the district court will be affirmed on the opinion filed in that court by Judge Joseph S. Lord, III, 251 F.Supp. 773, with which we are in complete accord.